COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN THE MATTER | § | No. 08-16-00261-CV |
| OF J.J.S., | § | Appeal from the |
| A CHILD | § | 22nd District Court |
|  | § | of Hays County, Texas |
|  | § | (TC# 10-2304) |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the record and concludes that the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JANUARY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.